FILED DF
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ NOV 07 2005 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

CSC HOLDINGS, INC.,

               Plaintiff,

- against -

GARY BELL,

               Defendant.

----------------------------------X

MEMORANDUM
AND
ORDER

04-CV-5603 (TCP) (ARL)

PLATT, District Judge.

The Court hereby vacates its Memorandum and Order dated October 3, 2005, which adopted and affirmed a Report and Recommendation issued by United States Magistrate Judge Arlene Lindsay on September 19, 2005. That Report and Recommendation incorrectly summarized the amount of damages and attorneys' fees to be awarded to Plaintiff. On October 21, 2005, Magistrate Judge Lindsay issued a corrected Report and Recommendation in which she recommended that the Court award Plaintiff, CSC Holdings, Inc., $1860.00 in statutory damages, and $187.00 in costs and $1331.50 in attorney's fees pursuant to § 605(e)(3)(B)(iii), for a total fees award of $1518.50, and a total award of $3,378.50. No objection was filed within ten (10) days of the service of the Report and Recommendation. The corrected Report and Recommendation is hereby adopted and affirmed, and a judgment in favor of Plaintiff should be entered for the same.

SO ORDERED.

                                                     _____
                                                     Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
          November 7, 2005